**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00857-CV

**HUMITECH DEVELOPMENT CORPORATION, AND EMIL LIPPE, JR., Appellants**

**V.**

**ALAN PERLMAN, MICHAEL PERLMAN, ET AL, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-9266-J**

## ORDER

We **REINSTATE** this appeal.

/s/     LANA MYERS
         JUSTICE